IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID JAMAR DEAN**                                              **PETITIONER**

**V.**                          **4:05CR0005**
                                **4:07CV001097**

**UNITED STATES OF AMERICA**                                      **RESPONDENT**

## ORDER

Pending is Petitioner David Jamar Dean's motion to vacate, set aside or correct sentence under 28 U.S.C. §2255. The Government is directed to respond to the petition no later than June 30, 2008.

IT IS SO ORDERED this 14th day of May, 2008.

_____
James M. Moody
United States District Judge